# 𝔍n the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MCKLOYD BROOKS, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-124 |
| | * | |
| v. | * | |
| | * | |
| WARE COUNTY JAIL; and RANDY ROYAL, | * | |
| | * | |
| | * | |
| Respondents. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Petitioner McKloyd Brooks ("Brooks") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Brooks' 28 U.S.C. § 2241 Amended Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Brooks *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal and a Certificate of Appealability.

SO ORDERED, this ____ day of _____, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA