AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MCKLOYD BROOKS,

           Petitioner,

           v.

WARE COUNTY JAIL; and
RANDY ROYAL,

           Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:19-CV-124

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered this 16th day of February 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 Amended Petition is DISMISSED without prejudice, and Petitioner is DENIED a Certificate of Appealability and in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: February 16, 2021

John Triplett, Acting Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03